UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**GATEHOUSE MEDIA MASSACHUSETTS I, INC., DOING BUSINESS AS GATEHOUSE MEDIA NEW ENGLAND,**

*Plaintiff,*

*-against-*

**THE NEW YORK TIMES CO., DOING BUSINESS AS BOSTON.COM**

*Defendant.*

**C.A. No. ____**

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A BRIEF EXCEEDING TWENTY PAGES**

Plaintiff GateHouse Media Massachusetts, I, Inc., doing business as GateHouse Media New England ("GateHouse"), hereby requests that this Court grant the relief set out below, pursuant to Local Rule 7.1(b)(4):

1. By the filing of a Summons and Complaint in the above-captioned matter contemporaneously herewith, GateHouse commenced an action against Defendant New York Times Co., doing business as Boston.com, asserting causes of action for copyright infringement in violation of the Copyright Act, 17 U.S.C. 501, *et seq*., false advertising, trademark infringement and unfair competition in violation of the Lanham Act, 15 U.S.C. 1125(a), and asserting supplemental claims pursuant to Massachusetts statutory and common law, including unfair competition and breach of contract.

2. GateHouse has also filed herewith a Motion for Temporary Restraining Order and Preliminary Injunction and Requesting an Expedited Hearing, which it supports with the affidavit of its Editor-in-Chief, Metro Unit Gregory A. Reibman, sworn to December 19, 2008; the affidavit of Willard Blevins, Vice President for Online

SYLIB01\665819\1

Dockets.Justia.com

Operations, GateHouse Media, Inc., sworn to December 21, 2008; the affidavits of Plaintiff's counsel Alpa V. Patel, Esq., sworn to December 19, 2008 and Michael J. Grygiel, Esq., sworn to December 19, 2008; and a proposed Order to Show Cause.

3. GateHouse respectfully submits that the due and appropriate briefing and argument of this matter, which entails eight (8) separate counts arising under a number of federal and state statutes, compels the filing of a Memorandum of Law which is greater than twenty (20) pages. In further support of the instant request, GateHouse submits that because certain of the issues currently *sub judice* call upon the Court to apply settled copyright, trademark and newsgathering principles to services furnished over the Internet, a relatively new medium for the delivery of local news services such as those at issue here, the additional discussion in GateHouse's proposed oversized brief is warranted under the circumstances.

**WHEREFORE**, GateHouse respectfully requests the entry of an Order in accordance with the foregoing.

**DATED:** December 22, 2008

**HISCOCK & BARCLAY, LLP**

By: [signature]

Anthony A. Scibelli
(BBO# 556507)

Carolyn A. Marcotte
(BBO# 663616)

Michael J. Grygiel
(Application for admission
*pro hac vice* pending)

William A. Hurst
(Application for admission
*pro hac vice* pending)

Vincent M. Chen
(Application for admission
*pro hac vice* pending)

*Attorneys for plaintiff*
GATEHOUSE MEDIA MASSACHUSETTS I, INC., DOING BUSINESS AS GATEHOUSE MEDIA NEW ENGLAND

Office and Post Office Address
50 Federal Street – 5th Floor
Boston, Massachusetts 02110-2509
(617) 274-2900