UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**GATEHOUSE MEDIA MASSACHUSETTS I, INC., DOING BUSINESS AS GATEHOUSE MEDIA NEW ENGLAND,**

*Plaintiff,*

*-against-*

**THE NEW YORK TIMES CO., DOING BUSINESS AS BOSTON.COM,**

*Defendant.*

**C.A. No. ____**

**EXHIBIT 5 TO THE AFFIDAVIT OF GREGORY A. REIBMAN**

SYLIB01\665464\1

## TABLE OF CONTENTS


Tab A: A copy of the boston.com/yourtown/newton website from Nov. 24, 2008

Tab B: A copy of the boston.com/yourtown/newton website from Nov. 25, 2008

Tab C: A copy of the boston.com/yourtown/newton website from Nov. 26, 2008

Tab D: A copy of the boston.com/yourtown/newton website from Nov. 27, 2008

Tab E: A copy of the boston.com/yourtown/newton website from Nov. 28, 2008

Tab F: A copy of the boston.com/yourtown/newton website from Nov. 29, 2008

Tab G: A copy of the boston.com/yourtown/newton website from Nov. 30, 2008

Tab H: A copy of the boston.com/yourtown/newton website from Dec. 1, 2008

Tab I: A copy of the boston.com/yourtown/newton website from Dec. 2, 2008

Tab J: A copy of the boston.com/yourtown/newton website from Dec. 3, 2008

Tab K: A copy of the boston.com/yourtown/newton website from Dec. 4, 2008

Tab L: A copy of the boston.com/yourtown/newton website from Dec. 5, 2008

Tab M: A copy of the boston.com/yourtown/newton website from Dec. 6, 2008

Tab N: A copy of the boston.com/yourtown/newton website from Dec. 7, 2008

Tab O: A copy of the boston.com/yourtown/newton website from Dec. 8, 2008

Tab P: A copy of the boston.com/yourtown/newton website from Dec. 9, 2008

Tab Q: A copy of the boston.com/yourtown/newton website from Dec. 10, 2008

Tab R: A copy of the boston.com/yourtown/newton website from Dec. 11, 2008

Tab S: A copy of the boston.com/yourtown/newton website from Dec. 12, 2008

Tab T: A copy of the boston.com/yourtown/newton website from Dec. 15, 2008

Tab U: A copy of the boston.com/yourtown/newton website from Dec. 16, 2008

Tab V: A copy of the boston.com/yourtown/newton website from Dec. 17, 2008