UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**GATEHOUSE MEDIA MASSACHUSETTS I, INC.,**
**DOING BUSINESS AS GATEHOUSE MEDIA NEW ENGLAND,**

*Plaintiff,*

*-against-*

**THE NEW YORK TIMES CO., DOING BUSINESS AS BOSTON.COM,**

*Defendant.*

**C.A. No. ____**

**AFFIDAVIT OF MICHAEL J. GRYGIEL**

I, Michael J. Grygiel, do depose on oath and state as follows:

1. I am a partner with Hiscock & Barclay, LLP, counsel to plaintiff GateHouse Media Massachusetts I, Inc., in the above-captioned matter. I have filed with this Court a separate affidavit sworn to on December 18, 2008, requesting admission *pro hac vice* in this case.

2. Annexed hereto as Exhibit 1 is a true and correct copy of a November 19, 2008, letter from the Vice President, Secretary and General Counsel (Polly Grunfeld Sack, Esq.) of GateHouse Media, Inc., plaintiff's parent corporation, to *The Boston Globe*, a newspaper which, upon information and belief, is owned and operated by defendant and published online at Uniform Resource Locator ("URL") http://www.boston.com.

3. Annexed hereto as Exhibit 2 is a true and correct copy of a November 26, 2008, letter from defendant's Senior Vice President, General Counsel & Secretary (Kenneth A. Richieri, Esq.) to Ms. Sack.

4. Annexed hereto as Exhibit 3 is a true and correct copy of Ms. Sack's December 2, 2008, follow-up letter to Mr. Richieri. Upon information and belief, no communication was received from defendant in response to this letter.

5. In early November 2008, defendant introduced an online community news site dedicated to coverage of local events in Newton, Massachusetts. (Reibman Aff., ¶ "15"; Blevins Aff., ¶¶ "2-3") This site can be found on the Internet at the URL http://www.boston.com/yourtown/newton.

6. Upon information and belief, on or about December 18, 2008, defendant launched two additional online community news sites for the towns of Needham and Waltham, Massachusetts, which have as their respective URLs http://www.boston.com/yourtown/needham and http://www.boston.com/yourtown/waltham. True and correct copies of computerized printouts from the home pages of the yourtown/needham and yourtown/waltham websites, respectively, as published on December 19, 2008, are annexed hereto as Exhibit 4.

The foregoing statements are made of my personal knowledge under the penalties of perjury this 19th day of December, 2008.

Michael J. Grygiel