UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**GATEHOUSE MEDIA MASSACHUSETTS I, INC., DOING BUSINESS AS GATEHOUSE MEDIA NEW ENGLAND,**

*Plaintiff,*

*-against-*

**THE NEW YORK TIMES CO., DOING BUSINESS AS BOSTON.COM,**

*Defendant.*

**C.A. No. ____**

## AFFIDAVIT OF ALPA V. PATEL

I, Alpa V. Patel, do depose on oath and state as follows:

1. I am an associate with Hiscock & Barclay, LLP, counsel to plaintiff GateHouse Media Massachusetts I, Inc. ("GateHouse") in the above-captioned matter.

2. I have prepared and filed applications for registration of various types of intellectual property for GateHouse.

3. I have filed applications for the trademarks "Newton TAB" and "Daily News Tribune" with the U.S. Patent and Trademark Office ("USPTO"), requesting registration of these inherently distinctive trademarks on the Principal Register.

4. The "Newton TAB" trademark application identified both newspapers and online newspapers publication based on use of the trademark in interstate commerce with the goods and services since 1979 and 1996, respectively. The application, which was filed on December 5, 2008, is now pending with the USPTO under Trademark Application Serial No. 77627486.

5. Annexed hereto as Exhibit 1 is a true and correct copy of a printout from the USPTO Trademark Applications and Registrations Retrieval (TARR) system providing filing details on the *Newton TAB* trademark application.

6. The USPTO charges filing fees for trademark applications based on the number of goods and/or services classifications adopted. The general fee for an electronically filed application is $325.00 per class; the *Newton TAB* application therefore required payment of $650.00 in governmental filing fees.

7. The "Daily News Tribune" trademark application also identified both newspapers and online newspapers publication based on use of the trademark in interstate commerce with the goods and services since 1882 and 1996, respectively. The application, which was filed on December 16, 2008, is now pending with the USPTO under Trademark Application Serial No. 77633769.

8. Annexed hereto as Exhibit 2 is a true and correct copy of an email confirmation for the USPTO providing filing details on the *Daily News Tribune* trademark application.

9. The USPTO charges filing fees for trademark applications based on the number of goods or services classification adopted. The general fee for electronically filed applications is $325.00 per class, however, a special form may be used with the Trademark Office resulting in a reduced fee of $275.00 per class. The application for the *Daily News Tribune* was filed with the special application resulting in governmental filing fees of $550.00.

10. I have also filed applications for the registration of certain copyrights authored, as a work made for hire, and/or owned, *via* assignment, by GateHouse, including an application for the compilation of the *Newton TAB* weekly serial publication and several individual articles appearing in any one or more of the following publications: *Newton TAB*, *Daily News Tribune* in print or online, or *Wicked Local.com/Newton* online newspaper.

11. The application for registration of copyrights in the compilation of the *Newton TAB* weekly serial was hand-delivered to the Copyright Office by Mel Shapiro with a request for

special handling on December 19, 2008. The application identified the *Newton TAB* weekly publications for the month of November 2008, and which specifically listed the November 5, 12, 19, and 26, 2008 issues.

12. The Copyright Office fees associated with filing an application for registration of a non-daily group serial is $25.00 per serial issue filed; the fees for the *Newton TAB* copyright application, therefore, were $100.00. The Copyright Office requires an additional fee of $685.00 for special handling of an application to expedite processing of an application, which was also paid by GateHouse.

13. Annexed hereto as Exhibit 3 is a true and correct copy of the letter, application, check, and deposit materials sent to the Copyright Office requesting registration of the *Newton TAB* weekly serial copyrighted materials; Affidavit of Mel Shapiro, affirming submission of the application, fee, and deposit materials; and Receipt of application and materials from the Copyright Office.

14. The article filing, titled "Various Articles Printed In Newton Tab, Daily News Tribune, Or Wickedlocal.com", ("Articles' copyright application") was hand-delivered to the Copyright Office by Mel Shapiro on December 19, 2008, with a request for special handling. The application included the following articles for registration:

- *"Boston College: Flutie, Davis Ready for New Roles"*
- *"2 for the Show: Newton Docs to Compete at 2008 Bay Colony Dog Show"*
- *"Boston College: Credit to the Coaches"*
- *"Newton Can't Close Budget Gap, Says CAG"*
- *"Rooney Steps Down As North Girls Soccer Coach"*
- *"A THANKSGIVING TRADITION: Tigers Look To Make It Their Year In Ancient Rivalry"*
- *"YMCA Presented with Non-Profit of the Year Award"*

- *"South Girls Qualify for Nationals"*
- *"Local Legislators Push Plan to Stop Toll Hikes"*
- *"Students to be Disciplined for Painting Newton Park"*
- *"Newton Teachers and Students Embrace Technology in and out of Class"*
- *"Residents Pick Up Hotel Tab in Wake of Fire"*
- *"Newton Students in Robot-Building Competition"*
- *"One Root Beer Spill Costs Newton Taxpayers $13,000"*
- *"Newton School Committee Delivers Budget Guidelines"*
- *"Pop Singer Invites Group to Record with Him"*
- *"Locker Fire at Newton North High School Extends School Day"*
- *" 'Office' Star Visits Children's"*

15. The Copyright Office fees associated with filing an application for registration of a basic work by paper is $45.00. The Copyright Office requires an additional fee of $685.00 for special handling of an application to expedite processing of an application, which was paid by GateHouse.

16. Annexed hereto as Exhibit 4 is a true and correct copy of the letter, application, check, and deposit materials sent to the Copyright Office requesting registration of the works in the Articles' copyright application; Affidavit of Mel Shapiro, affirming submission of the application, fee, and deposit materials; and Receipt of application and materials from the Copyright Office.

17. The Articles' copyright application includes articles written by GateHouse-employed writers, and therefore each article is a work made for hire pursuant to 17 U.S.C. §101. In the alternative, if any article is not deemed a work made for hire, each writer has assigned its entire right, title, and interest in and to the articles to GateHouse.

18. I have also prepared, but not yet filed, an application for registration of copyright in the compilation of the *Daily News Tribune* daily serial publication. The application identifies the *Daily News Tribune* daily publication for the month of November 2008; however, the application remains unfiled due to conversion of the daily publications to microfilm, which is required by the Copyright Office for a group registration of a daily newspaper. The conversion of publication to microfilm is in process, but will not be completed for approximately two weeks.

19. The Copyright Office fees associated with filing an application for registration of a daily group serial application is $55.00. The Copyright Office requires an additional fee of $685.00 for special handling of an application to expedite processing of an application. An added expense incurred by GateHouse for this application is the conversion of the publications to microfilm, which is estimated at about $1500.00.

20. Upon receipt of the converted publications, I will file the application for the registration of the *Daily News Tribune* with a request for special handling.

The foregoing statements are made of my personal knowledge under the penalties of perjury this 19th day of December, 2008.

Alpa V. Patel