Gatehouse Media Massachusetts I, Inc. v. The New York Times Co. Doc. 11

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

**GATEHOUSE MEDIA MASSACHUSETTS I, INC., DOING BUSINESS AS GATEHOUSE MEDIA NEW ENGLAND,**

*Plaintiff,*

**C.A. No. ____**

*-against-*

**THE NEW YORK TIMES CO., DOING BUSINESS AS BOSTON.COM,**

*Defendant.*

---

**MOTION FOR ADMISSION**
**OF WILLIAM A. HURST *PRO HAC VICE***

Pursuant to Local Rule 83.5.3(b), plaintiff GateHouse Media Massachusetts I, Inc., doing business as Gatehouse Media New England ("GateHouse"), hereby moves for the admission *pro hac vice* of William A. Hurst, Esq. of Hiscock & Barclay, LLP, 50 Beaver Street, Albany, New York 12207; tel. (518) 429-4234; email: whurst@hblaw.com, to appear in this action on behalf of GateHouse. In support of this Motion, the Affidavit of William A. Hurst is attached hereto as Exhibit 1. Further, the undersigned local counsel, from the Boston office of Hiscock & Barclay, LLP, 50 Federal Street, 5th Floor, Boston, MA 02110, will concurrently appear in this action and assist as necessary.

WHEREFORE, GateHouse Media Massachusetts I, Inc. respectfully requests that the Court admit William A. Hurst as counsel *pro hac vice* in the above-captioned matter.

SYLIB01\660722\1

Dockets.Justia.com

Respectfully submitted,
GATEHOUSE MEDIA MASSACHUSETTS I, INC., DOING BUSINESS AS GATEHOUSE MEDIA NEW ENGLAND

By its attorneys,

Anthony A. Scibelli (BBO #556507)
Carolyn A. Marcotte (BBO #663616)
Hiscock & Barclay, LLP
50 Federal Street, 5th Floor
Boston, MA 02110
(617) 274-2900

Dated: December 22, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

**GATEHOUSE MEDIA MASSACHUSETTS I, INC., DOING BUSINESS AS GATEHOUSE MEDIA NEW ENGLAND,**

*Plaintiff,*

**C.A. No. ____**

*-against-*

**THE NEW YORK TIMES CO., DOING BUSINESS AS BOSTON.COM,**

*Defendant.*

---

**AFFIDAVIT OF WILLIAM A HURST, ESQ.**

I, William A. Hurst, do depose on oath and state as follows:

1. I am an attorney at Hiscock & Barclay, LLP, 50 Beaver Street, Albany, New York 12207; tel. (518) 429-4293; email: whurst@hblaw.com.

2. I am one of the attorneys representing plaintiff GateHouse Media Massachusetts I, Inc., in the above-captioned matter.

3. I am admitted to practice in the following jurisdictions: the State of New York; the United States District Court for the Northern, Eastern and Southern Districts of New York; and the Court of Appeals for the Second Circuit.

4. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury this 18 day of December, 2008.

William A. Hurst, Esq.