Gatehouse Media Massachusetts I, Inc. v. The New York Times Co. Doc. 13

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**GATEHOUSE MEDIA MASSACHUSETTS I, INC., DOING BUSINESS AS GATEHOUSE MEDIA NEW ENGLAND,**

*Plaintiff,*

*-against-*

**THE NEW YORK TIMES CO., DOING BUSINESS AS BOSTON.COM,**

*Defendant.*

**C.A. No. ____**

**CORPORATE DISCLOSURE STATEMENT**

The plaintiff GateHouse Media Massachusetts I, Inc., doing business as GateHouse Media New England, by and through its undersigned counsel, submits this corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3 identifying: 1) any parent corporation; and 2) any publicly held company that owns 10% or more of the party's stock.

GateHouse Media Massachusetts I, Inc., doing business as GateHouse Media New England, is indirectly but wholly-owned by GateHouse Media, Inc.

GateHouse Media, Inc. is a publicly held company. Fortress Investment Group LLC, a publicly held company, owns 10% or more of GateHouse Media, Inc.'s stock.

SYLIB01\665655\1

Dockets.Justia.com

Respectfully submitted,
GATEHOUSE MEDIA MASSACHUSETTS I, INC. DOING BUSINESS AS GATEHOUSE MEDIA NEW ENGLAND

By its attorneys,

Anthony A. Scibelli (BBO# 556507)
Carolyn A. Marcotte (BBO# 663616)
Hiscock & Barclay, LLP
50 Federal Street, 5th Floor
Boston, MA 02110
(617) 274-2900

Dated: December 22, 2008