Gatehouse Media Massachusetts I, Inc. v. The New York Times Co. Doc. 15

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

GATEHOUSE MEDIA MASSACHUSETTS I, INC., DOING BUSINESS AS GATEHOUSE MEDIA NEW ENGLAND,

*Plaintiff*,

v.

THE NEW YORK TIMES CO., DOING BUSINESS AS BOSTON.COM,

*Defendant*.

CASE NO. 1:08-cv-12114 (WGY)

**NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, R. David Hosp, Esq., of Goodwin Procter LLP, enters his appearance in the above-captioned matter as counsel for Defendant, The New York Times Company, and requests that all notices, pleadings, and orders entered in this matter be sent to the undersigned.

Dated: December 23, 2008

Respectfully submitted,

By: /s/ R. David Hosp

R. David Hosp, Esq. (BBO #634091)
Mark S. Puzella, Esq. (BBO #644850)
GOODWIN PROCTER LLP
53 State Street
Boston, MA 02109
Tel: (617) 570-1089
Fax: (617) 523-1231
mpuzella@goodwinprocter.com
dhosp@goodwinprocter.com

Dockets.Justia.com

*Attorneys for Defendant,*
*The New York Times Company*

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this the 23rd day of December, 2008, with a copy of this document via the Court's CM/ECF system. Any other counsel will be served with a true and correct copy of the foregoing by first class mail on this same date.

/s/ R. David Hosp
R. David Hosp, Esq.