Gatehouse Media Massachusetts I, Inc. v. The New York Times Co. Doc. 16

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GATEHOUSE MEDIA MASSACHUSETTS I, INC., DOING BUSINESS AS GATEHOUSE MEDIA NEW ENGLAND,<br><br>*Plaintiff*,<br><br>v.<br><br>THE NEW YORK TIMES CO., DOING BUSINESS AS BOSTON.COM,<br><br>*Defendant*. | Civil Action No. 1:08-cv-12114-WGY |

**MOTION FOR ADMISSION *PRO HAC VICE* OF IRA J. LEVY**

Pursuant to Local Rule 83.5.3(b), Defendant, The New York Times Company ("New York Times"), by its undersigned attorneys, hereby moves for the admission *pro hac vice* of its counsel Ira J. Levy. As grounds therefore, New York Times states:

1. Ira J. Levy is an attorney at the law firm of Goodwin Procter LLP, 599 Lexington Avenue, New York, NY 10022, and is a member in good standing of the Bars of the State of New York and State of Connecticut, respectively. He is also admitted to practice before the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of Michigan.

2. In further support of its motion, The New York Times Company submits herewith the Certificate of Ira J. Levy pursuant to Local Rule 83.5.3(b) as Exhibit A establishing that he is a member in good standing of the Bar in every jurisdiction in which he has been admitted to practice; that there are no disciplinary proceedings against him in any jurisdiction; and that he is familiar with the local rules of this Court.



Dockets.Justia.com

Dated: December 23, 2008

Respectfully submitted,

THE NEW YORK TIMES COMPANY,

By its attorneys,

/s/ R. David Hosp

R. David Hosp, Esq. (BBO #634091)
Mark S. Puzella, Esq. (BBO #644850)
GOODWIN PROCTER LLP
53 State Street
Boston, MA 02109
Tel: (617) 570-1089
Fax: (617) 523-1231
mpuzella@goodwinprocter.com
dhosp@goodwinprocter.com

**CERTIFICATE OF SERVICE**

I, R. David Hosp, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 23, 2008.

/s/ R. David Hosp