Gatehouse Media Massachusetts I, Inc. v. The New York Times Co. Doc. 18

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**GATEHOUSE MEDIA MASSACHUSETTS I, INC., DOING BUSINESS AS GATEHOUSE MEDIA NEW ENGLAND,**

*Plaintiff,*

*v.*

**THE NEW YORK TIMES CO., DOING BUSINESS AS BOSTON.COM,**

*Defendant.*

**C.A. No. 08-CA 12114-WGY**

**NOTICE OF APPEARANCE OF JOSEPH L. STANGANELLI**

Please notice my appearance as counsel to plaintiff GateHouse Media Massachusetts I, Inc., in the above-captioned matter.

Joseph L. Stanganelli
jstanganelli@hblaw.com
(617) 274-2902

Respectfully submitted,

*/s/ Joseph L. Stanganelli*

Joseph L. Stanganelli (BBO #628958)
Hiscock & Barclay, LLP
50 Federal Street, Fifth Floor
Boston, Massachusetts 02110
(617) 274-2900

Attorneys for
PLAINTIFF GATEHOUSE MEDIA MASSACHUSETTS I, INC.

Dated: December 30, 2008

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I hereby certify that, on December 30, 2008, I caused a true copy of the Notice of Appearance of Joseph L. Stanganelli, Esq. to be filed and served electronically upon counsel for plaintiffs.

*/s/ Joseph L. Stanganelli*
Joseph L. Stanganelli