Gatehouse Media Massachusetts I, Inc. v. The New York Times Co. Doc. 23

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**GATEHOUSE MEDIA MASSACHUSETTS I, INC., DOING BUSINESS AS GATEHOUSE MEDIA NEW ENGLAND,**

*Plaintiff,*

*-against-*

**THE NEW YORK TIMES CO., DOING BUSINESS AS BOSTON.COM,**

*Defendant.*

**C.A. No. 08-CA 12114 WGY**

**MOTION FOR ADMISSION OF**
**JAMES P. EVANS, ESQ. *PRO HAC VICE***

Pursuant to Local Rule 83.5(b), plaintiff GateHouse Media Massachusetts I, Inc., doing business as GateHouse Media New England ("GateHouse"), hereby moves for the admission *pro hac vice* of James P. Evans, Esq., of Hiscock & Barclay, LLP, 300 South State Street, Syracuse, New York 13202; tele. (315) 425-2827; facsimile (315) 703-7376; e-mail jevans@hblaw.com, to appear on behalf of GateHouse in the above-captioned action. In support of this Motion, the Affidavit of James P. Evans is attached hereto as Exhibit 1. Further, the undersigned local counsel, from the Boston office of Hiscock & Barclay, LLP, 50 Federal Street, 5th Floor, Boston, MA 02110, will concurrently appear in this action and assist as necessary.



Dockets.Justia.com

WHEREFORE, GateHouse Media Massachusetts I, Inc. respectfully requests that the Court admit James P. Evans as counsel *pro hac vice* in the above-captioned matter.

Respectfully submitted,

PLAINTIFF,
GATEHOUSE MEDIA
MASSACHUSETTS I, INC.
By its attorneys,

*/s/ Carolyn A. Marcotte*
Joseph L. Stanganelli (BBO #628958)
Anthony A. Scibelli (BBO #556507)
Carolyn A. Marcotte (BBO #663616)
HISCOCK & BARCLAY, LLP
50 Federal Street, 5th Floor
Boston, Massachusetts 02110
Telephone: (617) 274-2900
Facsimile: (617) 722-6003

and

Michael J. Grygiel (*pro hac vice*)
William A. Hurst (*pro hac vice*)
HISCOCK & BARCLAY, LLP
50 Beaver Street
Albany, New York 12207
Telephone: (518) 429-4234
Facsimile: (518) 429-4201

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion for Admission of James P. Evans *Pro Hac Vice* filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on January 5, 2009.

*/s/ Carolyn A. Marcotte*
Carolyn A. Marcotte