Gatehouse Media Massachusetts I, Inc. v. The New York Times Co. Doc. 34

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GATEHOUSE MEDIA MASSACHUSETTS I, INC., DOING BUSINESS AS GATEHOUSE MEDIA NEW ENGLAND,

*Plaintiff,*

v.

THE NEW YORK TIMES CO., DOING BUSINESS AS BOSTON.COM,

*Defendant*.

Civil Action No. 1:08-cv-12114-WGY

**NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Michael T. Jones, Esq., of Goodwin Procter LLP, enters his appearance in the above-captioned matter as counsel for Defendant, The New York Times Company, and requests that all notices, pleadings, and orders entered in this matter be sent to the undersigned.

Dockets.Justia.com

Dated: January 23, 2009

Respectfully submitted,

/s/ Michael T. Jones
R. David Hosp (BBO #634091)
Mark S. Puzella (BBO #644850)
Michael T. Jones (BBO# 661336)
GOODWIN PROCTER LLP
53 State Street
Boston, MA 02109
Tel: (617) 570-1089
Fax: (617) 523-1231
mpuzella@goodwinprocter.com
dhosp@goodwinprocter.com
mjones@goodwinprocter.com

Ira J. Levy (*pro hac vice*)
Parker H. Bagley (*pro hac vice*)
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Phone: (212) 813-8800
Fax: (212) 355-3333
ilevy@goodwinprocter.com
pbagley@goodwinprocter.com

*Attorneys for Defendant,*
*The New York Times Company*

**CERTIFICATE OF SERVICE**

I, Michael T. Jones, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 23, 2009.

/s/ Michael T. Jones