Gatehouse Media Massachusetts I, Inc. v. The New York Times Co. Doc. 37

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

GATEHOUSE MEDIA MASSACHUSETTS I, INC., DOING BUSINESS AS GATEHOUSE MEDIA NEW ENGLAND,

Plaintiff,

v.

THE NEW YORK TIMES COMPANY, DOING BUSINESS AS BOSTON.COM,

Defendant.

Civil Action No. 08-12114-WGY

**THE NEW YORK TIMES COMPANY'S MOTION IN LIMINE TO**
**EXCLUDE THE EXPERT TESTIMONY OF PROFESSOR DAVID M. RUBIN**

Pursuant to Federal Rule of Evidence 702, Defendant The New York Times Company ("New York Times") moves to exclude the trial testimony of Plaintiff's proffered expert, Professor David M. Rubin. As explained in the accompanying memorandum of law, the expected testimony of Professor Rubin, as set forth in his expert report, consists largely of inadmissible legal conclusions. Furthermore, Professor Rubin also lacks the necessary expertise and education to present the various other opinions he expects to offer, and in any event, he has failed to provide any basis or methodology to assist New York Times or the Court in determining the reliability of the opinions he intends to offer.

Wherefore, New York Times requests that Professor Rubin's expected testimony be excluded in its entirety.

Dockets.Justia.com

Dated: January 23, 2009

Respectfully submitted,

THE NEW YORK TIMES CO.,

By its attorneys,

/s/ R. David Hosp
R. David Hosp (BBO # 634091)
Mark S. Puzella (BBO # 644850)
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Tel.: (617) 570-1000
Fax: (617) 523-1231
rhosp@goodwinprocter.com
mpuzella@goodwinprocter.com

*and*

Parker Bagley (*pro hac vice*)
Ira J. Levy (*pro hac vice*)
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
Tel.: (212) 813-8800
Fax: (212) 355-3333
pbagley@goodwinprocter.com
ilevy@goodwinprocter.com

## LOCAL RULE 7.1(A)(2) CERTIFICATE AND CERTIFICATE OF SERVICE

The undersigned certifies pursuant to Local Rule 7.1(A)(2) that the moving party has conferred with opposing counsel on the matter set forth herein and reports that Plaintiff's counsel has not consented to the relief sought herein. I, Ira J. Levy, further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 23, 2009.

/s/ Ira J. Levy