UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

GATEHOUSE MEDIA MASSACHUSETTS I, INC., DOING BUSINESS AS GATEHOUSE MEDIA NEW ENGLAND,

    Plaintiff,

    v.

THE NEW YORK TIMES COMPANY, DOING BUSINESS AS BOSTON.COM,

    Defendant.

Civil Action No. 08-12114-WGY

---

### THE NEW YORK TIMES COMPANY'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS IMPROPERLY WITHHELD

Pursuant to Federal Rule of Civil Procedure 37, and Local Rule 37.1, Defendant The New York Times Company ("New York Times") moves to compel the production of documents improperly withheld by Plaintiff GateHouse Media Massachusetts I, Inc. ("GateHouse"). As explained in the accompanying memorandum of law, GateHouse has improperly withheld documents on the basis of attorney work product protection, and has failed to copy with the requirements of Federal Rule of Civil Procedure 26(b)(5)(A).

    Wherefore, New York Times requests that GateHouse be ordered to immediately produce documents improperly withheld on unsupported assertions of privilege and attorney work product. In the alternative, The New York Times requests that the Court order the immediate production of all documents designated as attorney work product to the Court for an *in camera* inspection.

LIBA/1964263.1

Dated: January 23, 2009                    Respectfully submitted,

                                                              THE NEW YORK TIMES CO.,

                                                              By its attorneys,

                                                              /s/ R. David Hosp
                                                              R. David Hosp (BBO # 634091)
                                                              Mark S. Puzella (BBO # 644850)
                                                              GOODWIN PROCTER LLP
                                                              53 State Street
                                                              Boston, Massachusetts 02109
                                                              Tel.: (617) 570-1000
                                                              Fax: (617) 523-1231
                                                              rhosp@goodwinprocter.com
                                                              mpuzella@goodwinprocter.com

                                                              *and*

                                                              Parker Bagley (*pro hac vice*)
                                                              Ira J. Levy (*pro hac vice*)
                                                              GOODWIN PROCTER LLP
                                                              The New York Times Building
                                                              620 Eighth Avenue
                                                              New York, New York 10018-1405
                                                              Tel.: (212) 813-8800
                                                              Fax: (212) 355-3333
                                                              pbagley@goodwinprocter.com
                                                              ilevy@goodwinprocter.com

## **LOCAL RULEs 7.1(A)(2) and 37.1 CERTIFICATE AND CERTIFICATE OF SERVICE**

The undersigned certifies pursuant to Local Rules 7.1(A)(2) and 37.1 that the moving party has conferred with opposing counsel on the matter set forth herein and reports that Plaintiffs' counsel has not consented to the relief sought herein. In addition to the attached correspondence, a discovery conference, lasting four to five minutes, was held telephonically at approximately 3:00 p.m., on January 23, 2009. Joseph Stanganelli participated on behalf of Plaintiff. Ira J. Levy and Parker Bagley participated on behalf of Defendant. I, Ira J. Levy, further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 23, 2009.

                                                                           /s/ Ira J. Levy

LIBA/1964263.1